PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS GILBERTO VILCHES, JR., <br><br> Defendant. | CASE NO. 1:23-MJ-00062-BAM <br><br> MOTION AND ORDER TO UNSEAL CASE |

On May 31, 2023, the defendant was arrested in this District on a complaint issued by the Southern District of California ("SDCA"). The defendant will make his initial appearance in this District as soon as possible. The assigned Assistant United States Attorney in the SDCA who is handling this case has told the undersigned that the case may be unsealed for all purposes. Therefore, the undersigned moves the Court to unseal the Complaint so that the defendant can be advised of the charges against him.

Dated: June 1, 2023

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*

1

JOSEPH BARTON
Assistant United States Attorne

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | ORDER TO UNSEAL CASE |
| v. | |
| JESUS GILBERTO VILCHES, JR., | |
| Defendant. | |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint in the case be UNSEALED.

IT IS SO ORDERED.

Dated: __June 1, 2023__        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2